O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATT MATTHEWS,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>UNION PACIFIC RAILROAD,<br><br>　　　　Defendant. | Case No. CV 15-09924-DOC (KES)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

　　IT IS THEREFORE ORDERED that Judgment be entered dismissing this action without prejudice.

DATED:　July 6, 2016

*David O. Carter*

DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

1